FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2018 OCT 25  P 2: 12

ALEXANDRIA DIVISION

CLERK US DISTRICT COURT
ALEXANDRIA VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:18-MJ-*517* |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| MICHAEL L. JEFFERSON JR., | ) | Court Date: November 26, 2018 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor - 7513410)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 29, 2018, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, MICHAEL L. JEFFERSON JR., did unlawfully carry about his person, hidden from common observation, a set of metal knucks.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-308 (ii), 1950, as amended)

Respectfully Submitted,

Zachary Terwilliger
United States Attorney

Evan P. Clark
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this _25_ day of October 2018 to the defendant's home of record.

By: _____

Evan P. Clark
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Evan.Clark@usdoj.gov