# Exhibit 1, Barber License



Commonwealth of Virginia

BOARD FOR BARBERS AND COSMETOLOGY

Let it be known by these presents that

Michael Leroy Jefferson, JR

has met the requirements provided for in the Code of Virginia and the regulations of this board, and is therefore authorized to practice in the Commonwealth of Virginia as a

BARBER

ISSUED AT RICHMOND, VA
February 07, 2017

SECRETARY

No. 093013

FOR THE BOARD

CHAIR